AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. M 12-0126
THE PERSON KNOWN AND DESCRIBED )
AS TRAVIS GRANT )

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Eastern _____ District of _____ New York _____
*(identify the person or describe the property to be searched and give its location):*
THE PERSON KNOWN AND DESCRIBED AS TRAVIS GRANT, DATE OF BIRTH JANUARY 26, 1980, INMATE NUMBER 79634-053

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
A DNA sample as described in the attached affidavit.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before       February 13, 2012
                                                                  *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
    DUTY MAGISTRATE
                *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for _____ days *(not to exceed 30)*.
                                           ☐until, the facts justifying, the later specific date of

Date and time issued:   February 3, 2012 @ 12:30 pm

City and state:    Brooklyn, NY                             Honorable Marilyn D. Go, Magistrate Judge
                                                               *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 765035-12-0004 | Date and time warrant executed: 2/6/2012 – 10:45 am | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of: DEFENDANT – TRAVIS GRANT

Inventory of the property taken and name of any person(s) seized:

2 BUCCAL SWABS OF TRAVIS GRANT (DNA samples)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/6/2012

*Executing officer's signature*

Ismael Hernandez – SA

*Printed name and title*